◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK K. HADSELL, Appellant. [910 NYS2d 758]—Appeal from a judgment of the Allegany County Court (Thomas P. Brown, J.), rendered April 13, 2009. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRADLEY R. STANISTREET, Appellant. [910 NYS2d 733]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered April 25, 2008. The judgment convicted defendant, upon his plea of guilty, of gang assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.